■ JOSEPH M. DOCTEUR, Respondent, v BELLEVILLE-HENDERSON CENTRAL SCHOOL DISTRICT et al., Appellants. (Appeal No. 1.) [762 NYS2d 852] —Appeal from an order of Supreme Court, Jefferson County (Gilbert, J.), entered April 13, 2001, which granted plaintiff's motion to set aside a jury verdict and ordered a new trial on damages only.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.